*William A. F. Pentz* v. *Ezra Hawley et al.* R. W. PECK-
HAM, for complainant ; J. VAN VLECK, for defendants. Applica-
tion for a retaxation of the defendants' costs, upon the dismissal of
the complainant's bill with costs. Decided that where the sche-
dules annexed to several answers of different defendants are the
same, only one charge for the draft should be allowed. That
where notice of a special motion is given, and the motion stands
over to another day, the party is entitled to a charge for solicitor's

and counsel fees for attending to argue the motion when it was not brought on, $2 50, and $3 50 for the term at which the motion was finally argued. The sum of $112 13 directed to be deducted from the bill of costs as taxed. Neither party to have costs as against the other, upon this application.